**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0308

Firestone Polymers, L.L.C., Bridgestone Americas Tire
Operations, L.L.C., Bridgestone Americas, Inc.

- - Versus - -

The Louisiana Department of Environmental Quality, CITGO
Petroleum Corporation, Occidental Chemical Corporation,
and OXY USA, Inc.

19th Judicial District Court
Case #: 664790
East Baton Rouge Parish

On Application for Rehearing filed on 06/11/2020 by CITGO Petroleum Corp

Rehearing _____

Jewel E. "Duke" Welch

William J. Crain *dissents + would
grant application for rehearing*

Guy Holdridge

Date _____ SEP 0 2 2020

Rodd Naquin, Clerk

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0308

Firestone Polymers, L.L.C., Bridgestone Americas Tire
Operations, L.L.C., Bridgestone Americas, Inc.

- - Versus - -

The Louisiana Department of Environmental Quality, CITGO
Petroleum Corporation, Occidental Chemical Corporation,
and OXY USA, Inc.

19th Judicial District Court
Case #: 664790
East Baton Rouge Parish

On Application for Rehearing filed on 06/11/2020 by Firestone Polymers, et al

Rehearing _____ ✔

Jewel E. "Duke" Welch

William J. Crain

Guy Holdridge

Date **SEP 0 2 2020**

Rodd Naquin, Clerk